UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PATRICK DONOHUE, as Parent and Natural Guardian
of S.J.D., and PATRICK DONOHUE, Individually,

                                *Plaintiffs*,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                *Defendant*.
------------------------------------------------------------------x

**ORDER**

20 CV 1942 (ALC) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/2020

**IT IS HEREBY ORDERED** that the Office of State Review of the New York State Education Department shall, within thirty (30) days of receipt of this Order, mail a certified copy of the administrative record in Office of State Review Appeal No. 19-076 to counsel for the Defendant, Lillian P. Wesley, New York City Law Department, 100 Church Street, Room 203(A), New York, New York, 10007; and

**IT IS FURTHER ORDERED** that upon receipt of the certified record from the Office of State Review, Defendant's counsel shall provide a copy of such record to counsel for Defendant within 14 days and shall file the certified record with the Court under seal pursuant to Federal Rule of Civil Procedure 5.2(d) within 14 days.

SO ORDERED.

                                                                   KATHARINE H. PARKER
                                                                   U.S.D.M.J.

DATED:      June 19, 2020
              New York, New York