

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LILLIAN P. WESLEY**
*Assistant Corporation Counsel*
Phone: (212) 356-2079
Email: lwesley@law.nyc.gov

September 30, 2020

**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**SO ORDERED:**

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
10/01/2020

   Re: *Donohue, et al. v. New York City Department of Education*,
     20-CV-1942 (ALC) (KHP)

Dear Judge Parker:

  I am an Assistant Corporation Counsel in the Office of the Corporation Counsel and the attorney for the New York City Department of Education ("DOE" or "Department") in the above-referenced action.

  Upon recent review of the certified record filed under seal on August 13, 2020 (*see* ECF No. 14), it has come to the parties' attention that the administrative decision at issue in this proceeding—State Review Officer Decision in Case No. 19-076 ("SRO decision")—was not included in that initial filing. Upon further review of the record sent to this Office, it appears that the pleading papers[1] submitted by the parties to the New York State Education Department's Office of State Review were also not included in the record provided to this Office. I apologize for this oversight and any inconvenience this error may have caused.

  Pursuant to Your Honor's Order ordering that the certified administrative record be filed under seal (*see* ECF. No 13), I respectfully request the Court's leave to supplement the record before this Court and file the SRO decision and the pleading papers, also under seal. Plaintiffs' counsel, Mr. Karl Ashanti, consents to this request.

---

[1] The Department's Verified Request for Review, Plaintiffs' Verified Answer and Cross-Appeal and accompanying Memorandum of Law, and the Department's Verified Reply and Answer to Plaintiffs' Cross-Appeal.

- 2 -

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Lillian Philomena Wesley*
Lillian P. Wesley
Assistant Corporation Counsel

cc: Karl Ashanti, Esq. (via ECF)
Attorney for Plaintiffs