**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**Patrick Donohue,** *individually and as Parent*
*And Natural Guardian of S.J.D.*,

                          Plaintiff,                    20 **CIVIL** 1942 (ALC) (KHP)

              -against-                        **<u>JUDGMENT</u>**

**New York City Department of Education,**

                          Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated September 30, 2021, Plaintiff's motion for

summary judgment is **DENIED** and Defendant's cross-motion for summary judgment is

**GRANTED**; accordingly, this case is closed.


**Dated:** New York, New York
           September 30, 2021


                               **RUBY J. KRAJICK**
                        _____
                                **Clerk of Court**
     **BY:**
                                **Deputy Clerk**